Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 6791 | DATE | 4/20/2000 |
| CASE TITLE | Thompson vs. DeFelice, et al | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Agreed Order of Dismissal dismissing all of the claims of the plaintiff - Collier Thompson, against defendants, City of Chicago, Richard DeFelice, Nick Spencer, Alexander Hodge, and Thomas Reynolds, with prejudice and with each side bearing their own costs and attorneys' in accordance with the terms of both Release and Settlement Agreements. The Court retains jurisdiction to enforce the provisions of both Release and Settlement Agreement filed herein, and this Agreed Order of Dismissal.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | APR 2 6 2000 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| RJ | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Collier Y. Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 99 C 6791 |
| vs. | ) | |
| | ) | Judge Joan B. Gottschall |
| Richard DeFelice, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DOCKETED APR 26 2000

## AGREED ORDER OF DISMISSAL

This matter comes before the Court on the Stipulation of all of the parties to dismiss this action after having reaching an agreement to settle. The respective parties are represented by counsel, to wit: plaintiff, Collier Thompson, by her attorney George S. Feiwell, and defendants, City of Chicago, by Mara S. Georges, Corporation Counsel for the City of Chicago through Aimee B. Anderson, Assistant Corporation Counsel, defendants, Chicago Police Officers Richard DeFelice, Nick Spencer (incorrectly sued as Nicholas Spencer), and Alexander Hodge, by one of their attorneys, Arlene E. Martin, Assistant Corporation Counsel, and defendant Thomas Reynolds, by his attorney David R. Zeigler of Merlo, Kanofsky & Brinkmeier, Ltd. Plaintiff entered into a Stipulation to Dismiss all defendants after executing a Release and Settlement Agreement with with defendants City of Chicago, Richard DeFelice, Nick Spencer, and Alexander Hodge, and a Release and Settlement Agreement with defendant Thomas Reynolds. The Court finds both Release and Settlement Agreements to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of both Release and Settlement Agreements herein, and further orders as follows:

1. All of the claims of plaintiff, Collier Thompson, against defendants, City of Chicago

Richard DeFelice, Nick Spencer, Alexander Hodge and Thomas Reynolcds, are dismissed with prejudice, and with each side bearing their own costs and attorneys' fees in accordance with the terms of both Release and Settlement Agreements.

2. The Court retains jurisdiction to enforce the provisions of both Release and Settlement Agreements filed herein, and this Agreed Order of Dismissal.

ENTER: _____
The Honorable Joan Gottschall

DATED: April 20, 2000

Arlene E. Martin
Assistant Corporation Counsel
30 N. LaSalle St. - Suite 900
Chicago, Illinois 60602
744.3283
Atty No. 06189906